**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MAKHIA TYRANIQUE AUSTIN** **PLAINTIFF**

**VS.** **No. 2:26-cv-00042 PSH**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

# JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE